UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Andrew G. Greenberg, Esq.
4400 Route 9 South
Suite 1000
Freehold, NJ 07728
(732) 236-4375
Attorney for Debtor

In Re:

Anthony J. DiNuova

Case No.: 25-11895

Chapter: 13

Adv. No.: _____

Hearing Date: 3/18/2025

Judge: Poslusny

# CERTIFICATION OF SERVICE

1. I, Andrew G. Greenberg, Esq. :

    ☒ represent _____debtor_____ in this matter.

    ☐ am the secretary/paralegal for _____, who represents _____ in this matter.

    ☐ am the _____ in this case and am representing myself.

2. On _____2/25/2025_____, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below.
Motion to Impose Automatic Stay

3. I certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Date: 3/17/2025

/s/ Andrew G. Greenberg, Esq.
Signature

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Andrew B. Finberg, Trustee<br>535 Route 38<br>Suite 580<br>Cherry Hill, NJ 08002 | Chapter 13 Standing Trustee | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| KML Law Group, PC<br>701 Market Street<br>Suite 5000<br>Philadelphia, PA 19106 | Attorneys for secured creditor, U.S. Bank Trust Company | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Eisenberg Gold & Agrawal, PC<br>1040 Kings Highway North<br>Suite 200<br>Cherry Hill, NJ 08034 | Attorneys for secured creditor, AmeriCredit Financial Services | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| All creditors on attached Matrix | | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| | | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0312-1<br>Case 25-11895-JNP<br>District of New Jersey<br>Camden<br>Tue Mar 18 09:10:16 EDT 2025 | U.S. Bankruptcy Court<br>401 Market Street<br>Camden, NJ 08102-1568 | AMCA<br>PO Box 1235<br>Elmsford, NY 10523-0935 |
| Aetna<br>C/O PRS<br>PO box 291269<br>Nashville, TN 37229-1269 | Barclays Bank<br>PO Box 8803<br>Wilmington, DE 19899-8803 | Breg Inc.<br>C/O Benuck & Rainey Inc.<br>25 Concord Road<br>Lee, NH 03861-6624 |
| (p)CAPITAL ONE<br>PO BOX 30285<br>SALT LAKE CITY UT 84130-0285 | Capital One Bank<br>C/O Hayt Hayt & Landau<br>PO Box 500<br>Eatontown, NJ 07724-0500 | Capital One Bank<br>C/O Pressler, Felt & Warshaw<br>7 Entin Road<br>Parsippany, NJ 07054-5020 |
| Cavalry Portfolio Services<br>500 Summit Lake Dr.<br>Suite 400<br>Valhalla, NY 10595-2321 | Citizens Bank<br>C/O CCS<br>PO Box 1880<br>Saint Charles, MO 63302-1880 | Comcast Xfinity<br>PO Box 70219<br>Philadelphia, PA 19176-0219 |
| Cooper University Health Care<br>POB 95000<br>Philadelphia, PA 19195-0001 | Credit One Bank<br>PO Box 60500<br>City of Industry, CA 91716-0500 | Emergency Physician Associates of South Jersey<br>C/O Account Resolution Services<br>1643 NW 136 Ave., Bldg H, Ste 100<br>Sunrise, FL 33323-2857 |
| Emergency Physician Associates of South Jersey<br>C/O HRRG<br>PO Box 5406<br>Cincinnati, OH 45273-0001 | Emergency Physician Associates of South Jersey<br>POB 740021<br>Cincinnati, OH 45274-0021 | GM Financial<br>PO Box 183853<br>Arlington, TX 76096-3853 |
| HSBC<br>PO Box 385908<br>Minneapolis, MN 55438-5908 | HSBC<br>PO Box 9<br>Buffalo, NY 14240-0009 | Haddon Emergency Physicians<br>PO Box 41541<br>Philadelphia, PA 19101-1541 |
| KML Law Group, P.C.<br>701 Market Street<br>Suite 5000<br>Philadelphia, PA 19106-1541 | Kennedy Health<br>PO Box 958<br>Woodbury, NJ 08096 | LVNV Funding<br>C/O Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587 |
| LVNV Funding, LLC<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587 | Mainline Emergency Medicine<br>PO Box 415751<br>Boston, MA 02241-5751 | Merrick Bank<br>Resurgent Capital Services<br>PO Box 10368<br>Greenville, SC 29603-0368 |
| Midland Credit Management<br>PO Box 2037<br>Warren, MI 48090-2037 | Midland Funding<br>3111 Camino Del Rio North<br>Ste 1300<br>San Diego, CA 92108-5750 | Millenium Health<br>PO Box 844468<br>Dallas, TX 75284-4468 |

| | | |
|---|---|---|
| PSE & G<br>PO Box 14444<br>New Brunswick, NJ 08906-4444 | Progressive Garden State Insurance Co.<br>C/O CCS<br>POB 55126<br>Boston, MA 02205-5126 | Quantum3 Group LLC as agent for<br>Concora Credit Inc.<br>P.O. Box 788<br>Kirkland, WA 98083-0788 |
| Quest Diagnostics<br>C/O CCS<br>PO Box 55126<br>Boston, MA 02205-5126 | Select Portfolio Servicing<br>PO Box 65250<br>Salt Lake City, UT 84165-0250 | Sprint<br>PO Box 4191<br>Carol Stream, IL 60197-4191 |
| Temple University Hospital<br>3401 N Broad Street<br>Philadelphia, PA 19140-5189 | U.S. Trustee<br>US Dept of Justice<br>Office of the US Trustee<br>One Newark Center Ste 2100<br>Newark, NJ 07102-5235 | Virtua Health<br>POB 8500<br>Philadelphia, PA 19178-8500 |
| Andrew B Finberg<br>Office of the Chapter 13 Standing Truste<br>535 Route 38<br>Suite 580<br>Cherry Hill, NJ 08002-2977 | Andrew G. Greenberg<br>Law Offices of Andrew G. Greenberg<br>4400 Route 9 South, Suite 1000<br>Freehold, NJ 07728-1383 | Anthony J. DiNuova<br>2413 Hartford Drive<br>Glendora, NJ 08029-1756 |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Capital One Bank
15000 Capital One Drive
Richmond, VA 23238

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)U.S. Bank Trust Company, National Associat | (d)Quantum3 Group LLC as agent for<br>Concora Credit Inc.<br>PO Box 788<br>Kirkland, WA  98083-0788 | End of Label Matrix<br>Mailable recipients    41<br>Bypassed recipients     2<br>Total                  43 |