|  |  |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | Order Filed on March 18, 2025<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |

**Caption in Compliance with D.N.J. LBR 9004-2(c)**

Andrew G. Greenberg, Esq.
4400 Route 9 South
Suite 1000
Freehold, NJ 07728
(732) 236-4375
Attorney for Debtor

In Re:

Anthony J. DiNuova,

Debtor.

Case No.   25-11895-JNP

Chapter:   13

Hearing Date: March 18, 2025

Judge:   Hon. Jerrold N. Poslusny, Jr.

## ORDER IMPOSING AUTOMATIC STAY

The relief set forth on the following page, numbered two (2), is hereby **ORDERED**.

**DATED: March 18, 2025**

_____
Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

**(Page 2)**
Debtor(s):     Anthony J. DiNuova
Case No:      25-11895-JNP
Caption of Order: ORDER IMPOSING AUTOMATIC STAY

---

Upon consideration of the foregoing Motion to Impose Automatic Stay, notice and opportunity for hearing were given to creditors and other parties in interest as required; and for good cause shown;

**IT IS ORDERED** that:

The automatic stay is imposed as to all creditors served with the Motion as of the date of this Order, except those previously granted stay relief; and

**IT IS FURTHER ORDERED** that within 3 days of the date of this Order, the debtor must serve all creditors and parties in interest with a copy of this Order and immediately thereafter file Local Form Certification of Service.