Form 132 − 13sum

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 25−11895−JNP
Chapter: 13
Judge: Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Anthony J. DiNuova
   aka Anthony Joseph DiNuova
   2413 Hartford Drive
   Glendora, NJ 08029

Social Security No.:
   xxx−xx−9728

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON CONFIRMATION OF PLAN

Date:              5/7/25
Time:              10:00 AM
Location:          4th Floor Courtroom 4C, Mitchell H. Cohen Courthouse, 1 John F. Gerry Plaza, 400 Cooper Street, Camden, NJ 08101−2067

   An objection to confirmation of the plan, including any motions referenced therein to avoid judicial liens under 11 USC section 522(f) and/or to avoid liens and reclassify claims in whole or in part, shall be filed and served seven days before confirmation. Filing a motion for relief from the automatic stay will not be considered an objection to the confirmation.

   **If, at the confirmation hearing, it is determined that the debtor's plan is not confirmable, the case may be dismissed or converted.**

A copy of the Plan will follow this notice.

Dated: March 17, 2025
JAN: jgd

                              Jeanne Naughton
                              Clerk, U. S. Bankruptcy Court

United States Bankruptcy Court

District of New Jersey

In re:  
Anthony J. DiNuova  
    Debtor

Case No. 25-11895-JNP  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-1      User: admin      Page 1 of 3  
Date Rcvd: Mar 17, 2025      Form ID: 132      Total Noticed: 39

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 19, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Anthony J. DiNuova, 2413 Hartford Drive, Glendora, NJ 08029-1756 |
| 520563889 | + | AMCA, PO Box 1235, Elmsford, NY 10523-0935 |
| 520563888 | + | Aetna, C/O PRS, PO box 291269, Nashville, TN 37229-1269 |
| 520563896 | + | Citizens Bank, C/O CCS, PO Box 1880, Saint Charles, MO 63302-1880 |
| 520563902 | + | Emergency Physician Associates of South, Jersey, POB 740021, Cincinnati, OH 45274-0021 |
| 520563906 | + | HSBC, PO Box 385908, Minneapolis, MN 55438-5908 |
| 520563904 | + | Haddon Emergency Physicians, PO Box 41541, Philadelphia, PA 19101-1541 |
| 520563907 | | Kennedy Health, PO Box 958, Woodbury, NJ 08096 |
| 520563910 | + | Mainline Emergency Medicine, PO Box 415751, Boston, MA 02241-5751 |
| 520563921 | + | Temple University Hospital, 3401 N Broad Street, Philadelphia, PA 19140-5189 |
| 520563922 | + | Virtua Health, POB 8500, Philadelphia, PA 19178-8500 |

TOTAL: 11

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Mar 17 2025 20:59:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Mar 17 2025 20:59:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 520563890 | + | Email/Text: BarclaysBankDelaware@tsico.com | Mar 17 2025 20:58:00 | Barclays Bank, PO Box 8803, Wilmington, DE 19899-8803 |
| 520563891 | + | Email/Text: legal@benuckrainey.com | Mar 17 2025 20:59:00 | Breg Inc., C/O Benuck & Rainey Inc., 25 Concord Road, Lee, NH 03861-6624 |
| 520563892 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Mar 17 2025 21:15:42 | Capital One Bank, 15000 Capital One Drive, Richmond, VA 23238 |
| 520563894 | ^ | MEBN | Mar 17 2025 20:51:46 | Capital One Bank, C/O Hayt Hayt & Landau, PO Box 500, Eatontown, NJ 07724-0500 |
| 520563893 | + | Email/Text: signed.order@pfwattorneys.com | Mar 17 2025 20:57:00 | Capital One Bank, C/O Pressler, Felt & Warshaw, 7 Entin Road, Parsippany, NJ 07054-5020 |
| 520563895 | + | Email/Text: bankruptcy@cavps.com | Mar 17 2025 20:59:00 | Cavalry Portfolio Services, 500 Summit Lake Dr., Suite 400, Valhalla, NY 10595-2321 |
| 520563897 | + | Email/Text: documentfiling@lciinc.com | Mar 17 2025 20:57:00 | Comcast Xfinity, PO Box 70219, Philadelphia, PA 19176-0219 |
| 520563898 | ^ | MEBN | Mar 17 2025 20:51:34 | Cooper University Health Care, POB 95000, Philadelphia, PA 19195-0001 |
| 520563899 | + | Email/PDF: creditonebknotifications@resurgent.com | Mar 17 2025 21:04:09 | Credit One Bank, PO Box 60500, City of Industry, CA 91716-0500 |
| 520563900 | ^ | MEBN | | |

Case 25-11895-JNP  Doc 16  Filed 03/19/25  Entered 03/20/25 00:15:19  Desc Imaged
Certificate of Notice  Page 3 of 4

| District/off: 0312-1 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Mar 17, 2025 | Form ID: 132 | Total Noticed: 39 |

| Recip ID | Notice Type | Notice Method | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | Mar 17 2025 20:51:11 | Emergency Physician Associates of South, Jersey, C/O Account Resolution Services, 1643 NW 136 Ave., Bldg H, Ste 100, Sunrise, FL 33323-2857 |
| 520563901 | ^ | MEBN | Mar 17 2025 20:50:14 | Emergency Physician Associates of South, Jersey, C/O HRRG, PO Box 5406, Cincinnati, OH 45273-0001 |
| 520563903 | + | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM Mar 17 2025 20:58:00 | | GM Financial, PO Box 183853, Arlington, TX 76096-3853 |
| 520563905 | + | Email/Text: BNCNOTICES@noexternalmail.hsbc.com Mar 17 2025 20:57:00 | | HSBC, PO Box 9, Buffalo, NY 14240-0009 |
| 520563908 | ^ | MEBN | Mar 17 2025 20:51:26 | KML Law Group, P.C., 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 520563909 | + | Email/PDF: resurgentbknotifications@resurgent.com Mar 17 2025 21:03:22 | | LVNV Funding, C/O Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 520576752 | | Email/PDF: resurgentbknotifications@resurgent.com Mar 17 2025 21:15:43 | | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 520563911 | + | Email/PDF: MerrickBKNotifications@Resurgent.com Mar 17 2025 21:04:19 | | Merrick Bank, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 520563912 | + | Email/Text: bankruptcydpt@mcmcg.com Mar 17 2025 20:59:00 | | Midland Credit Management, PO Box 2037, Warren, MI 48090-2037 |
| 520563913 | + | Email/Text: bankruptcydpt@mcmcg.com Mar 17 2025 20:59:00 | | Midland Funding, 3111 Camino Del Rio North, Ste 1300, San Diego, CA 92108-5750 |
| 520563914 | ^ | MEBN | Mar 17 2025 20:52:19 | Millenium Health, PO Box 844468, Dallas, TX 75284-4468 |
| 520563916 | ^ | MEBN | Mar 17 2025 20:50:43 | PSE & G, PO Box 14444, New Brunswick, NJ 08906-4444 |
| 520563915 | + | Email/Text: bankruptcy_notifications@ccsusa.com Mar 17 2025 20:59:00 | | Progressive Garden State Insurance Co., C/O CCS, POB 55126, Boston, MA 02205-5126 |
| 520563917 | + | Email/Text: bnc-quantum@quantum3group.com Mar 17 2025 20:59:00 | | Quantum3 Group LLC as agent for, Concora Credit Inc., P.O. Box 788, Kirkland, WA 98083-0788 |
| 520563918 | + | Email/Text: bankruptcy_notifications@ccsusa.com Mar 17 2025 20:59:00 | | Quest Diagnostics, C/O CCS, PO Box 55126, Boston, MA 02205-5126 |
| 520563919 | + | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com Mar 17 2025 21:00:00 | | Select Portfolio Servicing, PO Box 65250, Salt Lake City, UT 84165-0250 |
| 520563920 | + | Email/PDF: ais.tmobile.ebn@aisinfo.com Mar 17 2025 21:16:28 | | Sprint, PO Box 4191, Carol Stream, IL 60197-4191 |

TOTAL: 28

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 520574477 | * | Quantum3 Group LLC as agent for, Concora Credit Inc., PO Box 788, Kirkland, WA 98083-0788 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

| | | |
|---|---|---|
| District/off: 0312-1 | User: admin | Page 3 of 3 |
| Date Rcvd: Mar 17, 2025 | Form ID: 132 | Total Noticed: 39 |

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 19, 2025            Signature:        /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 17, 2025 at the address(es) listed below:**

**Name**           **Email Address**

Andrew B Finberg
ecfmail@standingtrustee.com  ecf.mail_9022@mg.bkdocs.us

Andrew G. Greenberg
on behalf of Debtor Anthony J. DiNuova a.greenberglawfirm@verizon.net

Denise E. Carlon
on behalf of Creditor U.S. Bank Trust Company  National Association, as Trustee, as successor-in-interest to U.S. Bank National Association, successor trustee to LaSalle Bank National Association, as trustee for Bear Stea dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com

U.S. Trustee
USTPRegion03.NE.ECF@usdoj.gov

William H. Clunn, III
on behalf of Trustee Andrew B Finberg wclunn@standingtrustee.com

TOTAL: 5