UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In re:                                                                                    Bankr. Case No. 25-11895-JNP-13

Anthony J. DiNuova                                                                Chapter 13

    Debtor(s)

**REQUEST FOR NOTICE**

    Pursuant to Rule 2002(g), AmeriCredit Financial Services, Inc. dba GM Financial hereby requests that all notices, pleadings and other documents in this case be served upon it at the following address:

> AmeriCredit Financial Services, Inc. dba GM Financial
> PO Box 183853
> Arlington, TX  76096

By  /s/  Mandy Youngblood

> Mandy Youngblood
> PO Box 183853
> Arlington, TX  76096
> 877-203-5538
> 877-259-6417
> Customer.service.bk@gmfinancial.com

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In re:     Bankr. Case No. 25-11895-JNP-13

Anthony J. DiNuova     Chapter 13

    Debtor(s)

**Certificate of Service**

This Request for Notice was sent via first class mail to, or served electronically on, the following individuals on April 1, 2025 :

| | |
|---|---|
| Andrew G. Greenberg<br>4400 Route 9 South, Suite 1000<br>Freehold, NJ 07728 | Andrew Finberg<br>525 Route 73 South, Suite 200<br>Marlton, NJ 08053 |

By /s/ Mandy Youngblood
    Mandy Youngblood

xxxxx86831 / 1108457