Form plncf13 − ntccnfpln13v27

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.:  25−11895−JNP
Chapter:  13
Judge:  Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Anthony J. DiNuova
   aka Anthony Joseph DiNuova
   2413 Hartford Drive
   Glendora, NJ 08029

Social Security No.:
   xxx−xx−9728

Employer's Tax I.D. No.:

**NOTICE OF ORDER CONFIRMING CHAPTER 13 PLAN**

   NOTICE IS HEREBY GIVEN that an Order Confirming the Chapter 13 plan was entered on June 20, 2025.


Dated: June 20, 2025
JAN: kvr

                                                                 Jeanne Naughton
                                                                 Clerk

United States Bankruptcy Court

District of New Jersey

In re:  
Anthony J. DiNuova  
    Debtor

Case No. 25-11895-JNP  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-1      User: admin      Page 1 of 3  
Date Rcvd: Jun 20, 2025      Form ID: plncf13      Total Noticed: 44

The following symbols are used throughout this certificate:  
**Symbol   Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^      Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 22, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Anthony J. DiNuova, 2413 Hartford Drive, Glendora, NJ 08029-1756 |
| 520563889 | + | AMCA, PO Box 1235, Elmsford, NY 10523-0935 |
| 520563888 | + | Aetna, C/O PRS, PO box 291269, Nashville, TN 37229-1269 |
| 520563896 | + | Citizens Bank, C/O CCS, PO Box 1880, Saint Charles, MO 63302-1880 |
| 520563902 | + | Emergency Physician Associates of South, Jersey, POB 740021, Cincinnati, OH 45274-0021 |
| 520563906 | + | HSBC, PO Box 385908, Minneapolis, MN 55438-5908 |
| 520563904 | + | Haddon Emergency Physicians, PO Box 41541, Philadelphia, PA 19101-1541 |
| 520563907 | | Kennedy Health, PO Box 958, Woodbury, NJ 08096 |
| 520563910 | + | Mainline Emergency Medicine, PO Box 415751, Boston, MA 02241-5751 |
| 520563921 | + | Temple University Hospital, 3401 N Broad Street, Philadelphia, PA 19140-5189 |
| 520563922 | + | Virtua Health, POB 8500, Philadelphia, PA 19178-8500 |

TOTAL: 11

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Jun 20 2025 23:02:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Jun 20 2025 23:02:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 520625669 | | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Jun 20 2025 23:01:00 | AmeriCredit Financial Services, Inc., dba GM Financial, P O Box 183853, Arlington, TX 76096 |
| 520599722 | + | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Jun 20 2025 23:01:00 | AmeriCredit Financial Services, Inc. dba GM Financ, P O Box 183853, Arlington, TX 76096-3853 |
| 520563890 | + | Email/Text: BarclaysBankDelaware@tsico.com | Jun 20 2025 23:01:00 | Barclays Bank, PO Box 8803, Wilmington, DE 19899-8803 |
| 520563891 | + | Email/Text: legal@benuckrainey.com | Jun 20 2025 23:02:00 | Breg Inc., C/O Benuck & Rainey Inc., 25 Concord Road, Lee, NH 03861-6624 |
| 520563892 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jun 20 2025 23:09:49 | Capital One Bank, 15000 Capital One Drive, Richmond, VA 23238 |
| 520563894 | ^ | MEBN | Jun 20 2025 22:59:37 | Capital One Bank, C/O Hayt Hayt & Landau, PO Box 500, Eatontown, NJ 07724-0500 |
| 520563893 | + | Email/Text: signed.order@pfwattorneys.com | Jun 20 2025 23:00:00 | Capital One Bank, C/O Pressler, Felt & Warshaw, 7 Entin Road, Parsippany, NJ 07054-5020 |
| 520563895 | + | Email/Text: bankruptcy@cavps.com | Jun 20 2025 23:02:00 | Cavalry Portfolio Services, 500 Summit Lake Dr., Suite 400, Valhalla, NY 10595-2321 |
| 520563897 | + | Email/Text: documentfiling@lciinc.com | Jun 20 2025 23:00:00 | Comcast Xfinity, PO Box 70219, Philadelphia, PA 19176-0219 |

Case 25-11895-JNP    Doc 31    Filed 06/22/25    Entered 06/23/25 00:21:37    Desc Imaged
Certificate of Notice    Page 3 of 4

| District/off: 0312-1 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Jun 20, 2025 | Form ID: plncf13 | Total Noticed: 44 |

| | | | |
|---|---|---|---|
| 520563898 | ^ MEBN | Jun 20 2025 22:59:08 | Cooper University Health Care, POB 95000, Philadelphia, PA 19195-0001 |
| 520563899 | + Email/PDF: creditonebknotifications@resurgent.com | Jun 20 2025 23:09:49 | Credit One Bank, PO Box 60500, City of Industry, CA 91716-0500 |
| 520631970 | + Email/Text: BNCnotices@dcmservices.com | Jun 20 2025 23:01:00 | EMERGENCY PHYS ASSOCIATES OF SOUTH JERSEY PC, PO BOX 1123, MINNEAPOLIS, MN 55440-1123 |
| 520563900 | ^ MEBN | Jun 20 2025 22:58:09 | Emergency Physician Associates of South, Jersey, C/O Account Resolution Services, 1643 NW 136 Ave., Bldg H, Ste 100, Sunrise, FL 33323-2857 |
| 520563901 | ^ MEBN | Jun 20 2025 22:58:31 | Emergency Physician Associates of South, Jersey, C/O HRRG, PO Box 5406, Cincinnati, OH 45273-0001 |
| 520563903 | + Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Jun 20 2025 23:01:00 | GM Financial, PO Box 183853, Arlington, TX 76096-3853 |
| 520563905 | + Email/Text: BNCNOTICES@noexternalmail.hsbc.com | Jun 20 2025 23:00:00 | HSBC, PO Box 9, Buffalo, NY 14240-0009 |
| 520563908 | ^ MEBN | Jun 20 2025 22:59:00 | KML Law Group, P.C., 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 520563909 | + Email/PDF: resurgentbknotifications@resurgent.com | Jun 20 2025 23:11:17 | LVNV Funding, C/O Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 520576752 | Email/PDF: resurgentbknotifications@resurgent.com | Jun 20 2025 23:09:57 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 520563911 | + Email/PDF: MerrickBKNotifications@Resurgent.com | Jun 20 2025 23:10:08 | Merrick Bank, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 520563912 | + Email/Text: bankruptcydpt@mcmcg.com | Jun 20 2025 23:02:00 | Midland Credit Management, PO Box 2037, Warren, MI 48090-2037 |
| 520635348 | + Email/Text: bankruptcydpt@mcmcg.com | Jun 20 2025 23:02:00 | Midland Credit Management, Inc., as agent for Midland Funding, LLC, PO Box 2037, Warren, MI 48090-2037 |
| 520563913 | + Email/Text: bankruptcydpt@mcmcg.com | Jun 20 2025 23:02:00 | Midland Funding, 3111 Camino Del Rio North, Ste 1300, San Diego, CA 92108-5750 |
| 520563914 | ^ MEBN | Jun 20 2025 22:58:28 | Millenium Health, PO Box 844468, Dallas, TX 75284-4468 |
| 520563916 | ^ MEBN | Jun 20 2025 22:57:14 | PSE & G, PO Box 14444, New Brunswick, NJ 08906-4444 |
| 520563915 | + Email/Text: bankruptcy_notifications@ccsusa.com | Jun 20 2025 23:02:00 | Progressive Garden State Insurance Co., C/O CCS, POB 55126, Boston, MA 02205-5126 |
| 520563917 | + Email/Text: bnc-quantum@quantum3group.com | Jun 20 2025 23:02:00 | Quantum3 Group LLC as agent for, Concora Credit Inc., P.O. Box 788, Kirkland, WA 98083-0788 |
| 520563918 | + Email/Text: bankruptcy_notifications@ccsusa.com | Jun 20 2025 23:02:00 | Quest Diagnostics, C/O CCS, PO Box 55126, Boston, MA 02205-5126 |
| 520563919 | + Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Jun 20 2025 23:03:00 | Select Portfolio Servicing, PO Box 65250, Salt Lake City, UT 84165-0250 |
| 520563920 | + Email/PDF: ais.tmobile.ebn@aisinfo.com | Jun 20 2025 23:10:08 | Sprint, PO Box 4191, Carol Stream, IL 60197-4191 |
| 520646342 | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Jun 20 2025 23:03:00 | U.S. Bank Trust Company, at. el, c/o Select Portfolio Servicing, Inc., P.O. Box 65250, Salt Lake City UT 84165-0250 |

TOTAL: 33

| District/off: 0312-1 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Jun 20, 2025 | Form ID: plncf13 | Total Noticed: 44 |

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 520635347 | *+ | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 520574477 | * | Quantum3 Group LLC as agent for, Concora Credit Inc., PO Box 788, Kirkland, WA 98083-0788 |

TOTAL: 0 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 22, 2025                                        Signature:        /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 20, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Andrew B Finberg | courtmail@standingtrustee.com ecf.mail_9022@mg.bkdocs.us |
| Andrew B Finberg | on behalf of Trustee Andrew B Finberg courtmail@standingtrustee.com ecf.mail_9022@mg.bkdocs.us |
| Andrew G. Greenberg | on behalf of Debtor Anthony J. DiNuova a.greenberglawfirm@verizon.net |
| Denise E. Carlon | on behalf of Creditor U.S. Bank Trust Company National Association, as Trustee, as successor-in-interest to U.S. Bank National Association, successor trustee to LaSalle Bank National Association, as trustee for Bear Stea dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |
| William H. Clunn, III | on behalf of Trustee Andrew B Finberg wclunn@standingtrustee.com |

TOTAL: 6