UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
_____

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Andrew G. Greenberg, Esq.
4400 Route 9 South
Suite 1000
Freehold, NJ 07728
(732) 236-4375
Attorney for Debtor

In Re:

 Anthony J. DiNuova

Case No.:        25-11895

Judge:         Poslusny

Chapter:        13

## CHAPTER 13 DEBTOR'S CERTIFICATION IN OPPOSITION

The debtor in this case opposes the following (**choose one**):

1.    ☒ Motion for Relief from the Automatic Stay filed by   U.S. Bank Trust Company  ,
creditor,

A hearing has been scheduled for      7/29/2025     , at   11 am  .

   ☐ Motion to Dismiss filed by the Chapter 13 Trustee.

A hearing has been scheduled for _____, at _____.

   ☐ Certification of Default filed by _____,

I am requesting a hearing be scheduled on this matter.

2.     I oppose the above matter for the following reasons (**choose one**):

   ☐ Payments have been made in the amount of $ _____, but have not
been accounted for.  Documentation in support is attached.

☒   Payments have not been made for the following reasons and debtor proposes

repayment as follows (**explain your answer**):

I can resume payments in August 2025 and am requesting that the post-petition arrears be capitalized into the plan.

☐   Other (**explain your answer**):

3.      This certification is being made in an effort to resolve the issues raised in the certification of default or motion.

4.      I certify under penalty of perjury that the above is true.

Date: 7/22/2025                                           /s/ Anthony J. DiNuova
                                                         Debtor's Signature

Date: _____              _____
                                                         Debtor's Signature

**NOTES:**

1.      Under D.N.J. LBR 4001-1(b)(1), this form must be filed with the court and served on the Chapter 13 Trustee and creditor, if applicable not later than 7 days before the date of the hearing if filed in opposition to a Motion for Relief from the Automatic Stay or Chapter 13 Trustee's Motion to Dismiss.

2.      Under D.N.J. 4001-1 (b)(2), this form must be filed with the court and served on the Chapter 13 Trustee and creditor, if applicable not later than 14 days after the filing of a Certification of Default.

*rev.8/1/15*