| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>**Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br>Denise Carlon, Esq.<br>KML Law Group, P.C.<br>700 Market Street<br>Suite 5000<br>Philadelphia, PA 19106<br>215-627-1322<br>dcarlon@kmllawgroup.com<br>Attorneys for Secured Creditor<br>U.S. Bank, N.A., et al. | |
| In Re:<br><br>Anthony DiNuova,<br><br>Debtor. | Case No.:    25-11895-JNP<br><br>Chapter:    13<br><br>Hearing Date:    07/29/2025<br><br>Judge:    Poslusny |

## STATUS CHANGE FORM

Pursuant to D.N.J. LBR 9013-3, the undersigned notifies the court that the matter identified below has been:

☒ Settled          ☐ Withdrawn

Matter:  Motion for Relief  2413 Hartford Drive, Gloucester, NJ (Docket # 32)

Date: 07/25/2025                                   /s/ Denise Carlon
                                                              Signature

*rev.8/1/15*