Form 173 − hrggeneral

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 25−11895−JNP
Chapter: 13
Judge: Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
Anthony J. DiNuova
aka Anthony Joseph DiNuova
2413 Hartford Drive
Glendora, NJ 08029

Social Security No.:
xxx−xx−9728

Employer's Tax I.D. No.:

**NOTICE OF HEARING**

NOTICE IS HEREBY GIVEN that a hearing in said cause shall be held before the Honorable Jerrold N. Poslusny Jr. on

Date: November 17, 2026
Time: 11:00 AM
Location: 4th Floor Courtroom 4C, Mitchell H. Cohen Courthouse, 1 John F. Gerry Plaza, 400 Cooper Street, Camden, NJ 08101−2067

to consider and act upon the following:

***41*** − Certification in Opposition to (related document:40 Creditor's Certification of Default (related document:35 Order on Motion For Relief From Stay) filed by Vincent Alexander Aprile on behalf of U.S. Bank Trust Company, National Association, as Trustee, as successor−in−interest to U.S. Bank National Association, successor trustee to LaSalle Bank National Association, as trustee for Bear Stea. Objection deadline is 10/21/2026. (Attachments: # 1 Exhibit # 2 Proposed Order # 3 Certificate of Service) filed by Creditor U.S. Bank Trust Company, National Association, as Trustee, as successor−in−interest to U.S. Bank National Association, successor trustee to LaSalle Bank National Association, as trustee for Bear Stea) filed by Andrew G. Greenberg on behalf of Anthony J. DiNuova. (Greenberg, Andrew)

and transact such other business as may properly come before the meeting.

Dated: October 22, 2026
JAN: kvr

Jeanne Naughton
Clerk